UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Marcial Antonio Riquelme, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. Action No. 02-2382 (RJL) |
| Central Intelligence Agency, | ) ) ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th, day of September 2006, hereby

**ORDERED** that [#22] Defendant's Motion for Summary Judgment is GRANTED; it is further

**ORDERED** that [#25] Plaintiff's Cross Motion for Summary Judgment is DENIED; and it is further

**ORDERED** that judgment is entered in favor of defendant, and the case is DISMISSED with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge